UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GARY LaBARBERA, et al.,

                       Plaintiff(s),        **ORDER**
                                                                           CV 02-0582 (SLT) (WDW)

FORMULA 1 TRANSPORT, et al.,

                       Defendant(s).
------------------------------------------------------------------X
**WALL, Magistrate Judge:**

      By letter motion dated August 9, 2005, the parties have requested an exemption to the District's ECF requirements in regard to various motions and cross-motions that they must file by August 22, 2005. The parties state that the motion papers are "quite voluminous" and include "duplicative sets of numerous deposition transcripts." The application is denied. The parties have not demonstrated "good cause hardship reasons" for an exemption, as stated in Administrative Order 2004-08. The filing of voluminous papers is a commonplace circumstance, and is addressed in District Judge Townes' Individual Rules, which provide, in section II, "Electronic Case Filing," that "Parties filing voluminous or nontext exhibits shall only file hard copies" of the exhibits.

      Thus, the parties in this matter shall electronically file the motion papers, including notices of motion, memoranda of law, and affidavits or affirmations, but may file the voluminous exhibits[1] in hard copy only. Courtesy copies of all papers, prepared in accordance with Judge Townes' rules, must be provided to Judge Townes. The parties are strongly urged to seek guidance on the correct filing procedures they should follow for the separate motions, to insure that the motions are properly docketed. Pursuant to Judge Townes' rules, such guidance should

---

[1] If possible, the parties should consider consolidating the deposition exhibits so that only one copy of each deposition transcript is filed.

be sought from Terry Vaughan or Marilyn Glenn at 718-260-2330.

Dated: Central Islip, New York
      August 10, 2005

**SO ORDERED:**

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge